UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. SMITH,<br>      Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | Case No. 23-cv-00016 BLF (PR)<br><br>**JUDGMENT** |

    For the reasons stated in the Court's Order Granting Respondent's Motion to Dismiss, this action is dismissed as moot. Judgment is entered accordingly.

    The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated: ___June 26, 2024_____**

                                                          BETH LABSON FREEMAN
                                                          United States District Judge

Judgment
PRO-SE\BLF\HC.23\00016Smith_judgment